# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JANE & JEFF BURLINGAME, PAM HOLTER, JAMES & JENNIFER HYDE, SHANE & CHANTEL LEVARDI, KIP & ANGELA MCCABE, JOHN & VERONICA MOLITORIS, APRIL & MATTHEW SNYDER, JACQUELINE & BARRY TITUS, JEFFREY & COLLEEN WALKER, JOHN & PATRICIA KACHURKA, DWAYNE & SANDRA HILTON, LESLEY BETZ, JOHN & SHARON YASNESKI, GERALD & JACQUELINE HITTLE, SCOTT KARCHNER, STEPHIN & MARIE CARGILL, JAMES & ERIN MORAN, BETH KISHBAUGH-ALBA, ROBERT & CYNTHIA LOMBARD, ANTONIO & KERRI TROIANI, JASON & MELANIE LEAR, DENNIS & ANDREA EVENSEN, RICHARD & EMILY WEAVER, KEITH & LISA SEELY, RICHARD & DOLORES MAYO, ZACHARY & HEATHER GETKIN, MARY MITCHEM, HUSHANG TATAR, DAVIT SZATKOWSKI, SUSAN SLUSSER, VICTOR & CHRIS BOWES, CHARLES & LAURA NAUS, ROBERT & LOIS ALBERTSON, GARY & TAMMY WANCZAK, MICHAEL & MICHELLE MONTECALVO, MARC & KATHRYN NESPOLI, KARLEEN FULLER, HELENA SAMSEL, JEFFREY & ANNAMAE KANTOR, JOSEPH & CONNIE NESPOLI, DONALD & KATHLEEN BOHL, GARY & TAMMY SWANK, SUSAN DALTO, DAVIT & TAMI BERHEISER, JOSEPH & MICHELLE PASSARETTI, THOMAS CICINI, JR. & ELISSABETH CICINI, ROBERT L. ALBERTSON, SR., KEITH & JUDITH WEAVER, NICHOLAS COLEMAN, STEPHEN & GINNY CRAKE, BRESSI ARNDT, JOHN & LISA ARNDT, TERRY L. BOYER, LAMONT & RUTHANN BROWN, DAVID & GINA BROWN, THOMAS & MARIE CICINI, | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : | No. 296 MAL 2018<br><br>Petition for Allowance of Appeal from the Order of the Superior Court |

PETER & JOANN COLONE, WILLIAM : 
CONNER, JR. & JUDY CONNER, ROGER : 
& MICHELE CRAKE, FRANK & LINDA : 
CRAYTON, RICHARD HOLLOWAY, : 
LOUELLA S. JACKSON, SAMUEL & : 
SUSAN JAFFIN, RAYMOND KASHMER, : 
ROBERT KOWALSKI, SR. & DIANE : 
KOWALSKI, LORAINE LAUBACH, : 
MICHAEL A. MONICO, JR., JOSEPH : 
PROCIDA, CODIE RIMMER, GABRIELLE : 
ROMAN, ROBERT & CAROL SEIGFRIED, : 
ROBERT SUKEL, CRAIG & JESSICA : 
TAYLOR, ANDREW & JESSICA : 
WALTER, FRANCIS & ANN YOSH, : 
HAROLD & SAMANTHA PIASECKI, JEFF : 
& MINDY BROWN, AUDREY MALONEY, : 
JEFF BECKER, DAVID BECKER, : 
THOMAS BECKER, BARBARA KAMPF, : 
DOROTHY KAMPF, MICHAEL : 
MALINOWSKI, ORVILLE KNEEZLE, : 
BEVERLY HARMON, JAMES LABAR, : 
AND LOUISE KROLIKOWSKI, : 
 :
          Petitioners : 
 :
 :
 :
       v. : 
 :
 :
 :
PAUL & SUZANNA M. DAGOSTIN, : 
DOUGLAS ZEHNER, AND COUNTRY : 
VIEW FAMILY FARMS, LLC, : 
 :
          Respondents : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.

[296 MAL 2018] - 2